IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ANTHONY NORMAN MORRIS, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § Case No. 6:23-cv-534-JDK-KNM <br> MAXEY CERLIANO, § <br> § <br> Defendant. § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Anthony Morris, a former inmate in Gregg County Jail proceeding pro se, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact, conclusions of law, and recommendations for disposition.

On October 28, 2024, Judge Mitchell issued a Report recommending that the Court dismiss the lawsuit without prejudice for failure to prosecute or to obey an order of the Court. Docket No. 11. A copy of this Report was sent to Plaintiff's last known mailing address, but it was returned as undeliverable. Docket No. 12. No objections have been received. To date, Plaintiff has not advised the Court of his current mailing address. *See* Loc. R. CV-11(d) ("A *pro se* litigant . . . is responsible for keeping the clerk advised in writing of his or her current physical address."); Docket No. 7 at 5 (Plaintiff's amended complaint including a declaration stating that Plaintiff has the responsibility to keep the Court informed of his current mailing address).

1

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Here, Plaintiff did not object in the prescribed period. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 11) as the findings of this Court. It is therefore **ORDERED** that this case is **DISMISSED** without prejudice for failure to prosecute or to obey an order of the Court.

So **ORDERED** and **SIGNED** this **26th** day of **November, 2024.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE